# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sharon J. Coleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 1661 | **DATE** | 3/8/2012 |
| **CASE TITLE** | Louis Fasullo vs. DC Comics | | |

**DOCKET ENTRY TEXT**

Plaintiff's complaint alleges that his paid comic subscription has not been delivered as promised. The complaint further alleges that the defendant violated 18 U.S.C. Sec. 1708, the criminal statute prohibiting theft of U.S. mail. The statute does not suggest that it creates a private right of action, and neither the plaintiff's complaint nor this court's research reveals any authority for the existence of any such right. In the absence of a private right of action, this court does not have federal question jurisdiction over the plaintiff's claim. *International Union of Operating Engineers v. Ward,* 563 F.3d 276, 281-82 (7th Cir. 2009). Nothing in the plaintiff's complaint alleges citizenship or an amount in controversy that would confer diversity jurisdiction over this claim. Plaintiff's claim is accordingly dismissed. Plaintiff's motion to proceed in forma pauperis [3] is denied.

Docketing to mail notices.

| | Courtroom Deputy | KG |
|---|---|---|